**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SARAH BERRY,

    Plaintiff,

v.                                          CASE NO. 8:15-cv-00304-JDW-TGW

ASHLEY BODI,

    Defendant.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that Plaintiff, SARAH BERRY, by and through undersigned counsel, hereby voluntarily dismisses this action without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A).

                                                Respectfully submitted,

                                                */s/ William P. Cassidy, Jr.*
JOHN E. JOHNSON
Florida Bar No. 593000
Primary: jjohnson@jclaw.com
Secondary: swalker@jclaw.com;
mpatel@jclaw.com
WILLIAM P. CASSIDY, JR.
Florida Bar No. 332630
Primary: wcassidy@jclaw.com
Secondary: bwalker@jclaw.com;
leller@jclaw.com
NICOLE DEESE NEWLON
Florida Bar No. 0832391
Primary: nnewlon@jclaw.com
Secondary: swalker@jclaw.com;
mpatel@jclaw.com
**JOHNSON & CASSIDY, P.A.**
324 S. Hyde Park Avenue, Suite 325
Tampa, Florida 33606
(813) 699-4859 ~ Telephone
(813) 235-0462 ~ Facsimile

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of March, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and served a copy via United States Mail to the following:

Ashley Bodi
196 N. Havana Road
Venice, FL 34292

                                            */s/ William P. Cassidy, Jr.*
                                                    Attorney